## Wilkinson's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

*Gordon A. Block,* for exceptants.

*Boyd Lee Spahr* and *Frank W. Melvin,* contra.

SINKLER, J., February 9, 1940.—The learned auditing judge has correctly decided the question submitted to him and no elaboration of his adjudication is required.

The exceptions are dismissed and the adjudication is confirmed absolutely.